UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JOEL ESPINOSA

      Plaintiff,                        CASE NO.0:08-cv-60551-WJZ

vs.

POLLO OPERATIONS, INC.
a Florida corporation d/b/a
POLLO TROPICAL

      Defendant.
_____/

**<u>JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

COMES NOW Plaintiff, JOEL ESPINOSA and Defendant, POLLO OPERATIONS, INC., by and through their undersigned attorneys, and hereby file their notice of voluntary dismissal with prejudice. Each party shall bear its own attorney's fees and costs.

Dated: October 13, 2008           Respectfully submitted,

| | |
|---|---|
| SCHWARTZ ZWEBEN S LLP | FREEBORN & PETERS, LP |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 3876 Sheridan Street, | 311 S. Wacker Drive, Ste #3000 |
| Hollywood, Florida 33021 | Chicago, IL 60606 |
| Telephone:   (954) 966-2483 | Telephone:   (312) 360-6968 |
| Facsimile:   (954) 966-2566 | Facsimile:   (312) 360-6572 |
| snitz@szalaw.com | ratterberry@freebornpeters.com |
| | |
| By:_____/s/ Stephan M. Nitz_____ | By:__/s/ Rachel A. Atterberry__ |
|      Stephan M. Nitz |      Rachel A. Atterberry |
|      Florida Bar No. 45561 |      Jeffrey Mayer |
| |      (Signed by plaintiff's counsel with permission) |