UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60551-CIV-ZLOCH

JOEL ESPINOSA,

    Plaintiff,

vs.                                    **FINAL ORDER OF DISMISSAL**

POLLO OPERATIONS, INC., a
Florida corporation d/b/a
POLLO TROPICAL,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Notice Of Voluntary Dismissal With Prejudice (DE 14) filed herein by Plaintiff, Joel Espinosa, and Defendant, Pollo Operations, Inc. The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Joint Notice Of Voluntary Dismissal With Prejudice (DE 14)filed herein by Plaintiff, Joel Espinosa, and Defendant, Pollo Operations, Inc., be and the same is hereby approved, adopted and ratified by the Court;

    2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear its own attorney's fees and costs; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this      15th       day of October, 2008.

                                                                  /s/ William J. Zloch
                                                                  WILLIAM J. ZLOCH
                                                                  United States District Judge

Copies furnished:
Stephan M. Nitz, Esq.
Rachel A. Atterberry, Esq.

2